*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                                  Chapter: 7
   Michael P Mooney and
Maureen G Mooney
                 Debtor(s)                          Bankruptcy No: 19−13032−ref

*O R D E R*

**AND NOW,** this 10th day of May 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Chapter 7 Statement of Your Current Monthly Income Form 122A−1, Means Test Calculation
    Form 122A−2 − If Applicable, Schedules AB−J, Statement of Financial Affairs, Summary of
    Assets and Liabilities Form B106 due 05/23/2019

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

12
Form 130