### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>MICHAEL P. MOONEY aka<br>MICHAEL MOONEY<br><br>And<br><br>MAUREEN G. MOONEY aka<br>MAUREEN MOONEY | BANKRUPTCY NO.  19-13032<br><br>CHAPTER NO. 7 |
|---|---|

### O R D E R

AND NOW, this _____ day of _____, 2019 upon consideration of the Motion under Bankruptcy rule 1007(c) for Extension of Time to File Chapter 7 schedules, statements, and disclosures, it is hereby

ORDERED, that Debtors, Michael P. Mooney aka Michael Mooney and Maureen G. Mooney aka Maureen Mooney, in this proceeding, are granted until Monday, June 3, 2019 to file all of the documents required by Bankruptcy Rule 1007, including all schedules, statements, and disclosures.

BY THE COURT:

_____
United States Bankruptcy Judge

**Date: May 23, 2019**

Interested Parties:

Shawn J. Lau, Esquire
Counsel for Debtor
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606